INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 92–03–00137

(Dated April 25, 1995)

## JUDGMENT

RESTANI, *Judge:* This case, having been remanded to the Department of Commerce pursuant to Slip Op. 95–2 (Jan. 6, 1995); and

The Department of Commerce, having filed with the Court on March 14, 1994 its redetermination on remand; and

Proton Electronic Industrial Co., Ltd., having requested, with the consent of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO, International Brotherhood of Electrical Workers of America, United Electronic Workers of America, Ind. (formerly, Independent Radionic Workers of America) and Industrial Union Department, AFL-CIO, affirmance of the aforesaid redetermination on remand;

Now, upon consideration of the above and all other papers and proceedings herein,

IT IS HEREBY ORDERED: that the remand determination of the Department of Commerce is sustained.